1
2
3  Attorneys for Plaintiff, Virgie Taulbee
4
5
6
7
8
9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 1506 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Virgie Taulbee<br>                    Plaintiffs,<br>      vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, VIRGIE TAULBEE, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: /s/ Peter L. Kaufman
Peter L. Kaufman
Attorneys for Plaintiff, Virgie Taulbee

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2  DATED: August 6, 2009        GORDON & REES

3
                                By: _____/s/_____
4                                   Stuart M. Gordon
                                    Attorneys for Defendants
5

6

7
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8  **IT IS SO ORDERED.**

9

10  Dated: **AUG 1 7 2009**.
                                    Hon. Charles R. Breyer
11                                  United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**